# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW COOPER, ANTHONY MOORE, and NEFTALI DELGADO, *individually and on behalf of all others similarly-situated* | : <br> : <br> : <br> : Civ. Action No.: 21-07720-RMB-AMD <br> : |
| *Plaintiffs,* | : |
| v. | : |
| EASTERN METAL RECYCLING, LLC, *et al.* | : |
| *Defendants.* | : |

## PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT

Plaintiffs Matthew Cooper, Anthony Moore, and Neftali Delgado ("Plaintiffs"), individually and on behalf of the Opt-In Plaintiff they represent, Jose Velez ("Opt-In Plaintiff Velez"), having reached a preliminary resolution of the individual claims of Plaintiff and Opt-In Plaintiff Velez under the Fair Labor Standards Act against Defendants Eastern Metal Recycling, LLC, Camden Iron & Metal, Inc. d/b/a Eastern Metal Recycling, and EMR Advanced Recycling, LLC (collectively, "Defendants") (collectively with Plaintiffs, the "Parties"), hereby move unopposed before this Honorable Court for an Order approving the Parties' proposed Settlement Agreement.

Plaintiffs' arguments in support of this Unopposed Motion are explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated herein by reference.

Respectfully submitted,

**MURPHY LAW GROUP, LLC**

By: */s/ Michael Groh*

Michael Murphy, Esq.<br>
Michael Groh, Esq.<br>
Eight Penn Center, Suite 2000<br>
1628 John F. Kennedy Blvd.<br>
Philadelphia, PA 19103<br>
TEL: 267-273-1054<br>
FAX: 215-525-0210<br>
murphy@phillyemploymentlawyer.com<br>
mgroh@phillyemploymentlawyer.com<br>
*Attorneys for Plaintiff*

Dated: December 22, 2021

## **CERTIFICATE OF SERVICE**

      I, Michael Groh, Esquire, hereby certify that on December 22, 2021, I caused a true and correct copy of the foregoing to be filed via ECF filing, which will send notification of such filing the following counsel:

Christopher J. Moran, Esq.
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Christopher.Moran@troutman.com
Attorneys for Defendants

                                                         */s/ Michael Groh*
                                                        Michael Groh, Esq.

Dated: December 22, 2021