IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW COOPER, ANTHONY MOORE, and NEFTALI DELGADO, *individually and on behalf of all others similarly-situated*<br><br>*Plaintiffs,*<br><br>v.<br><br>EASTERN METAL RECYCLING, LLC, *et al.*<br><br>*Defendants.* | Civ. Action No.: 21-07720-RMB-AMD |

## ORDER

AND NOW, this <u>5th</u> day of <u>April 2022</u>, after considering Plaintiffs' Unopposed Motion to Approve Settlement Agreement (ECF No. <u>27</u>), and finding that the settlement reached between the parties represents a fair, reasonable, and adequate resolution of the claims of Plaintiffs Matthew Cooper, Anthony Moore, and Neftali Delgado, and Opt-In Plaintiff Jose Velez against Defendants, it is hereby **ORDERED** that:

1. Plaintiffs' Unopposed Motion to Approve Settlement Agreement (ECF No. <u>27</u>) is **GRANTED**;
2. The Settlement is **APPROVED**;
3. Plaintiffs' First Amended Complaint is **DISMISSED WITH PREJUDICE**; and
4. The Clerk of Court is directed to **MARK THIS CASE CLOSED** for statistical purposes.

*/s/ Renée Marie Bumb*
Renée Marie Bumb
U.S. District Judge